UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Mahoney Environmental Solutions    :
LLC, at al.,                       :
                                   :
                                   :      25 CV 7375 (LAP)
               Plaintiff(s),       :
                                   :          **ORDER**
         -against-                 :
                                   :
Jonathan J. Garces, et al.,        :
                                   :
               Defendant(s).       :
                                   :
------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

        Counsel shall comply with Rule 2F of the Court's

individual practices and provide the Court with a proposed Order

to Show Cause.


SO ORDERED.



                                  _____
                                  LORETTA A. PRESKA,
                                  Senior United States District Judge



Dated: March 23, 2026

New York, New York